B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: § § § LINN ENERGY, LLC, *et al* § § DEBTORS § | | CASE NO. 16-60040 (DRJ) CHAPTER 11 |

| | | |
|---|---|---|
| JASON R. SEARCY, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF RINCON ISLAND LIMITED LIMITED PARTNERSHIP § § § § § V. § § BERRY PETROLEUM COMPANY, LLC, § CALIFORNIA STATE LANDS § COMMISSION, SOCORRO CAPITAL, LLC, § TORCH OPERATING COMPANY, AND § TORCH ENERGY FINANCE FUND § LIMITED PARTNERSHIP-I, AND TORCH § ENERGY FINANCE COMPANY § | | ADV. NO. _____ |

## SUMMONS IN AN ADVERSARY PROCEEDING

To the above-named Defendant:   Socorro Capital, LLC
c/o Registered Agent, Jeff C. Lamberth
21 Waterway Ave., Suite 425
The Woodlands, Texas 77380

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:   515 Rusk Ave.
                 Houston, TX 77208

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name and Address of Plaintiff's Attorney:    Joshua P. Searcy
    Jason R. Searcy
    *SEARCY & SEARCY, P.C.*
    P. O. Box 3929
    Longview, TX  75606

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

        _____(Clerk of the Bankruptcy Court)

Date:_____    By:_____(Deputy Clerk)

\\server\Data\Files\Cases\Rincon Island Ltd Partnership\Ch 7 #16-33174 JRS Tte - converted 1-8-18\Adversaries\JRS, Trustee v. Socorro Capital et al\Pleadings\Summons\Summons - Socorro.wpd

Page 2 of 2